

## Fox Rothschild LLP
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

DANIEL A. SCHNAPP
Direct Dial: 212-878-7960
Email Address: dschnapp@FoxRothschild.com

July 31, 2017

**VIA ECF**

The Honorable Vincent L. Briccetti
Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:**   **Perez v. First Bankers Trust Services, Inc., et al.**
> **Case No. 12 CV 8649 (VB)**

Dear Judge Briccetti:

This firm represents defendant First Bankers Trust Services, Inc. ("FBTS") in the above-referenced matter.

Pursuant to this Court's order dated June 8, 2017 [DE 158], FBTS and plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor jointly write to inform the Court that the parties reached a settlement in principle at the mediation on July 17, 2017.

The parties expect that the terms of the settlement will be reduced to writing within several weeks and accordingly, request that Your Honor continue the stay of this matter.

As further directed by the Court in the June 8 order, the parties will advise the Court on the status of the settlement in 60 days on September 29, 2017, or sooner, should the settlement be finalized prior to that date.



Hon. Vincent L. Briccetti
July 31, 2017
Page 2


We thank the Court for its attention to this matter

Respectfully submitted,

/s/ Daniel A. Schnapp

Daniel A. Schnapp

cc:     Matthew Sullivan, Esq.